IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>MOM & 3 SONS TRUCKING, LLC., an Illinois limited liability corporation<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 2022 C 7177<br>)<br>) Judge Martha M. Pacold<br>)<br>) Magistrate Judge Jeffrey Cummings<br>)<br>)<br>) |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55(b)(2) move for judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto as Exhibits 1 and 2. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on December 21, 2022 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service was made upon MOM & 3 SONS TRUCKING, LLC., an Illinois limited liability corporation on January 2, 2023.

3. On February 14, 2023 this Court found that Defendant, MOM & 3 SONS TRUCKING, LLC., an Illinois limited liability corporation, in default pursuant to Fed.R.Civ.P. 55(a).

4. Defendant is now in default on the Complaint and as supported by the attached Affidavits (Exhibits 1 and 2) the sums due are:

| | | |
|---:|---|---|
| $111,721.92 | Welfare | (Jose Colin Affidavit) |
| $123,357.41 | Pension | (Jose Colin Affidavit) |
| $7,312.50 | Attorneys fees (John J. Toomey Affidavit) | |
| $723.00 | Costs | |
| $250.00 | Appearance in Court on Motion for Judgment | |
| $243,364.83 | Total | |

WHEREFORE, Plaintiffs pray for:

1. Entry of judgment in a sum certain against Defendant, MOM & 3 SONS TRUCKING, LLC., an Illinois limited liability corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $243,614.83 with no just reason for delay in enforcement under FRCP 54(b).

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION AND
WELFARE FUNDS

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: June 8, 2023